FILED

OCT 0 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '07 MJ 88 30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Jesus Alfonso FRANCO-Lozano, ) | Substance (Felony) |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant being duly sworn states:

That on or about October 2, 2007, within the Southern District of California, defendant Jesus Alfonso FRANCO-Lozano, did knowingly and intentionally import approximately 18.40 kilograms (40.48 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rafael Silva, Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF OCTOBER 2007.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jesus Alfonso FRANCO-Lozano

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rafael Silva.

On October 2, 2007, at approximately 1112 hours, Jesus Alfonso FRANCO-Lozano entered the United States from the Republic of Mexico via the Calexico, CA West Port of Entry.  FRANCO was the sole occupant driver and registered owner of a 2000 Chevrolet Blazer.

CBP Officer Lopez took a negative Customs declaration from FRANCO.  CBP Officer Lopez noticed the spare tire had fresh mud while the rest of the vehicle did not. CBP Officer Lopez referred FRANCO and the vehicle to the vehicle secondary area.

In the vehicle secondary inspection area, FRANCO gave a negative Customs declaration to CBP Officer Price.  CBP Officer Price asked FRANCO if he owned the vehicle FRANCO stated he did.  CBP Officer Price returned to the vehicle, conducted a thorough search of the vehicle and found packages hidden inside the spare tire of the vehicle.  CBP Officer Price probed a package exposing a green leafy substance, which tested and proved positive for marijuana.  A total of 20 packages with a net weight of 18.40 kilograms (40.48 pounds) of marijuana were removed from the spare tire.

FRANCO was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. FRANCO stated to Special Agent Silva he knew the vehicle contained marijuana.  FRANCO stated he was to be paid from $1,000.00 to $1,500.00 to drive the drug laden into the United States.  FRANCO stated to S/A Silva he was to leave the vehicle at Pep-Boys parking lot in Calexico, CA.